# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BROWN;<br><br>　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION; and DOES 1-20,<br><br>　　　Defendants. | Case No.:   19cv215-DMS-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

The Parties have filed a joint motion to dismiss with prejudice. Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs. The clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 15, 2019

_____
Hon. Dana M. Sabraw
United States District Judge